

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00681-CV

**IN THE INTEREST A.J.M., ET AL, CHILDREN**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA02126
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    The court reporter's request for additional time to file the reporter's record is granted. We order the court reporter, Elva G. Chapa, to file the reporter's record by November 8, 2017.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court